# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES VINCENT BANKS,
               Appellant,
       vs.
THE STATE OF NEVADA,
               Respondent.

No. 80898

**FILED**

APR 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a pretrial order granting defendant's motion for a setting of reasonable bail, or the alternative, motion for own recognizance release. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lack jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Michelle Leavitt, District Judge
James Vincent Banks
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Clark County Public Defender